E-FILED
Tuesday, 02 October, 2018  01:50:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

WILLIAM R. SHARP,

               Plaintiff,

    v.

TRUSTEES OF THE UMWA 1974 PENSION
TRUST,

            Defendants.

Civil Action No. 3:18-cv-03056

## MOTION FOR SUMMARY JUDGMENT

Defendants, the Trustees of the UMWA 1974 Pension Trust, by their undersigned

counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 56, to enter summary judgment in

their favor on the ground that the Memorandum in Support of Defendants' Motion for Summary

Judgment and attached exhibits demonstrate that there is no genuine issue of material fact and

that the Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

s/Abigail A. Petouvis
ABIGAIL A. PETOUVIS
Assistant General Counsel
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2357
apetouvis@umwafunds.org

s/Greg Campbell
GREG CAMPBELL
Greg A. Campbell, MO 35381
Hammond and Shinners, PC

7730 Carondelet, Ste 200
Clayton, MO 63105
(314)727-1015
gcampbell@hammondshinners.com

s/Emily R. Perez
_____

EMILY R. PEREZ
Emily R. Perez, MO 62537
Hammond and Shinners, PC
13205 Manchester Road, Ste. 210
St. Louis, MO 63131
Telephone: 314-727-1015
eperez@hammondshinners.com
COUNSEL FOR DEFENDANTS


**<u>Certificate of Service</u>**

I hereby certify that on October 2, 2018, the foregoing was filed electronically with the court and served via the ECF filing system to all participating parties.


s/ Emily R. Perez
_____